Patricia Cassidy CHAPPELL v. Robert Craig CASSIDY, No. 113-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

STATE of Vermont v. James RILEY, No. 122-80

June 3, 1980. Nicholas L. Hadden is hereby assigned as counsel for the defendant in the above-entitled appeal. 12 V.S.A. App. VIII, A.O. 4.

Larrow, J.

H. Sherwood COOKE and Ellen B. Cooke v. David W. CURTIS, Trustee for Glen Ellen Corporation, No. 147-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

IN RE GUARDIANSHIP PETITION OF Katie Lynn COOK, No. 154-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

Lawrence SPRAGUE v. GERO BROTHERS MOVERS, INC. and American Insurance Company, No. 157-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

William L. BRAUN and Jeannine A. Braun v. Ralph E. HUMISTON and Mabel W. Humiston and Stephen F. Schell and Suzanne H. Schell, No. 158-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

William ARMS v. Roger and Elaine REILLY, No. 160-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

Debra Jean CARTER v. Ronald Alan CARTER, No. 167-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

Joe RAGOSTA v. Frances M. RAGOSTA, Peter Langrock, Glen Morgan, Judge Hayes, Judge Morrissey, No. 186-80

June 3, 1980. As a matter of law, the allegation of intolerable severity is sufficient to constitute a pleading under V.R.C.P. 8(a). Petition for extraordinary relief denied.